In the Matter of the Arbitration between HENRY BEHRENS, Appellant, and GERTRUD FEURRING et al., Respondents.

Submitted May 12, 1947; decided May 22, 1947.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. The record herein was silent as to the basis of the arbitrators' award. This court, by its decision, made no attempt to speculate as to that matter, but held that since the award might have rested on a ground which the arbitrators were competent to consider, other than that of fraud, there was "no warrant for an inference of usurpation of power by them or other abuse of their office." [See 296 N. Y. 172.]

MAX BEINHOCKER, Respondent, v. BARNES DEVELOPMENT CORPORATION, Appellant-Respondent, and STALEY ELEVATOR COMPANY, INC., Appellant.

Submitted May 12, 1947; decided May 22, 1947.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 925.]